In the Matter of NEW YORK CENTRAL RAILROAD COMPANY, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [277 PARK AVE., BOROUGH OF MANHATTAN.]

Argued January 14, 1954; decided May 20, 1954.

*Philip S. McNally, Gerald E. Dwyer, Lawrence W. Krieger* and *William P. Murray* for appellant.

*Denis M. Hurley, Corporation Counsel (James J. McGowan* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.